IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VERNA STEVERSON and DAVIS STEVERSON, | ) ) ) | |
| Plaintiffs, | ) ) | No. 3:19-cv-00140 |
| v. | ) ) | CRENSHAW/NEWBERN |
| WALMART, CMI CLAIMS MANAGEMENT, CINCINNATI INSURANCE COMPANY, GE APPLIANCES, OZARK ELECTRONICS AND GREE MANUFACTURING COMPANY, | ) ) ) ) ) ) ) | JURY DEMAND |
| Defendants. | ) | |

**RESPONSE TO COURT NOTICE OF MARCH 7, 2019**

Notice is hereby given in response to the Court's Second Notice of March 7, 2019, that Joseph T. Rivera, Jr. will not appear as counsel for Defendants, Haier U.S. Appliance Solutions, Inc., d/b/a GE Appliances and Gree USA, Inc. in the above-styled case. These Defendants will continue to be represented by J. Randolph Bibb, Jr. and Whitney Henry Kimerling in accordance with their previously filed notices of appearance (Doc. 23; Doc. 22, respectively). The clerk is requested to stop all mailings in this case to Joseph T. Rivera, Jr.

Respectfully submitted,

LEWIS, THOMASON,
KING, KRIEG & WALDROP, P.C.

By: __/s/ Whitney Henry Kimerling_____
      J. Randolph Bibb, Jr., B.P.R. No. 009350
      Whitney H. Kimerling, B.P.R. No. 029208
      424 Church Street, Suite 2500
      Post Office Box 198615
      Nashville, Tennessee 37219
      (615) 259-1366 (phone)
      (615) 259-1389 (facsimile)
      rbibb@lewisthomason.com
      wkimerling@lewisthomason.com

*Attorneys for Defendants, Haier U.S. Appliance Solutions, Inc., d/b/a GE Appliances and Gree USA, Inc.*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 25th day of March, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Verna and Davis Steverson
111 Louise Drive
Dickson, TN 37055
*Plaintiffs Pro Se*

E. Jason Ferrell, Esq.
Brewer, Krause, Brooks & Chastain, PLLC
545 Mainstream Drive, Suite 101
Nashville, TN 37228
*Attorney for Cincinnati Insurance Company*

Daniel P. Berexa, Esq.
Mary E. Stoner, Esq.
Cornelius & Collins, LLP
511 Union Street, Suite 1500
Nashville, TN 37219
*Attorneys for Defendant, Ozark Electronics Repair, Inc.*

Elle G. Kern, Esq.
George Andrew Rowlett, Esq.
Howell & Fisher, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
*Attorneys for Defendants, Walmart, Inc. and Claims Management, Inc.*

                                                /s/ Whitney Henry Kimerling