FILED
2019 MAY -3 PM 5:21
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

pg 1

Verna + Davis Steverson
Plaintiff(s),

v. Wall Mart, CMI Claims Mgt. Inc., Cincinnati Insc. Co., GE Appliances, Ozark Electronics + Gree Manufactoring Co.
Defendant(s).

Case Number 3:19-CV-00140

Judge Crenshaw (Honorable)

Magistrate Judge Newbern (Honorable)

Requesting Motion Of Extension or For Extension
(Type of Pleading)

We (Verna and Davis Steverson) hereby beg the Court to Grant us two-three weeks or any amount of time that the Judge or Magistrate Judge sees fit to allow us to satisfy the court with any requested information needed sorry by the Court to proceed with this.

My mother present with me upon asking for this request has recently sufferd a severe Heart Attack, Heart Surgery and is very Ill trying to Recover since we filed this Complaint. I Davis Welch Steverson have been Granted Full Power OF Attorney so that I...

next pg.

pg 2

Honorable Court may request.

My Mother and I (Verna & Davis Steverson) have been ordered by our Attending Physicians to Not Re Enter Our Home of Thirty Eight Years since April the 28th of 2018 due to The GE Air Conditioning Unit Flooding our Home with Toxic Mold and Chemichals causing us both to become Deathly Ill. Theese Chemicals have caused us both to suffer major Organ Damage and many other Health Problems that are persistant and ongoing.

We not only have lost our Home which we are still paying a Mtg. Payment along with City & County Taxes, Homeowners Insc., Utilities and Upkeep on but theese Deally Chemichals have allmost Killed us both. If we would have not walked out of our Home April 28th 2018 we would be Dead.

Thank you So Much
Sincerely Verna Steverson
and Davis Steverson

_Verna Steverson_ and _Davis Steverson_
(Signature)

_____
(Print Name)

Verna Steverson &
Davis Steverson
111 Louise Dr. Dickson Tn 37055
(Address & Telephone Number, if any)
615 761 7951

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading) _____
has been served on:

(Name) Elle G. Kern (CLAIMS Managment (CMI))
(Address) 3310 West End Ave. Suite 550
(Address) Nashville Tn. 37203    615 244 3518

(Name) George Andrew Rowlett
(Address) 3310 West End Ave. Suite 550
(Address) Nashville Tn. 37203    615 244 3370

(Name) E Jason Ferrell    (CINCINATTI Insurance Co)
(Address) 545 Mainstream Dr. Suite 101
(Address) Nashville Tn. 37228    615-630-7717

(Name) J. Randolph Bibb Jr.    (GE Appliances)
(Address) 424 Church Street, Suite 2500,
(Address) PO box 198615 Nashville Tn. 37219
615 259 1389

(Name) Whitney H. Kimerling    " "
(Address) 424 Church St suite 2500
(Address) Nashville Tn. 37219
615 259 1389

(Name) Daniel Becera    (OZARK Electronics)
(Address) 511 Union St. Suite 1500 PO box 190695
(Address) Nashville Tn. 37219 0695    615 244 1440

(Name) Mary E Stoner
(Address) 511 Union St Suite 1500 190695
(Address) Nashville Tn. 37219 0695    615 244-1440

(Name) J. Randolph Bibb, Jr.    (Gree Manufactoring Company)
(Address)    (Adress Above)
(Address)

(Name) Whitney H. Kimberling    (adress above)
(Address)
(Address)

on the 3rd day of May, 2019.

_Teresa Steverson_ & _David Steverson_
Signature