UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VERNA STEVERSON and DAVIS STEVERSON,<br><br>    Plaintiffs,<br><br>v.<br><br>WALMART, et al.,<br><br>    Defendants. | Case No. 3:19-cv-00140<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

Plaintiffs Verna Steverson and Davis Steverson have responded to the Court's order to show cause (Doc. No. 33) with a motion for an extension of time in which to respond to the pending motions to dismiss (Doc. No. 34). The Court finds that Plaintiffs have adequately addressed the show-cause order and will GRANT the motion for an extension of time.

Plaintiffs shall file any responses in opposition to the motions to dismiss filed by Defendants Ozark Electronics (Doc. No. 6), Cincinnati Insurance Company (Doc. No. 9), Walmart (Doc. No. 14), CMI Claims Management (Doc. No. 17), GE Appliances (Doc. No. 20), and Gree Manufacturing Company (Doc. No. 24) by no later than May 27, 2019.

Plaintiffs are forewarned that failure to respond in opposition to the motions to dismiss may result in a recommendation that the motions be granted as unopposed or that this case be dismissed for Plaintiffs' failure to prosecute their claims.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge