FILED
MAY 28 2019 DB
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Verna Steverson +
Davis Steverson
_Plaintiff(s)_

Case Number #: 3:19-CV 00140

① - Wallmart
② CMI Claims Management
③ Cincinnatti Insurance Co.
④ GE Appliances
⑤ Ozark Electronics
⑥ Gree Manufactoring Company
_Defendant(s)_

Judge Honorable Chief Judge Waverly O. Crenshaw Jr.
Magistrate Judge Honorable Judge Alistair Newbern

Motion For Additional Time To Show Cause Why The Magistrate Judge should Not Dismiss The Case. (Thirty Days) Please
_(Type of Pleading)_

Verna and Davis Whishes To Ask and Pleade to The Honorable Judge Alistair Newbern to Please give us Thirty Days to obtain an Attorney. Due To The breathing (Prolonged exposure) of These Toxic Chemichals That were present in our Home we have both been Deathly Ill. My Mother (Verna Steverson) has suffered another Heart Attack and has Congested Heart Failure. As she has been Hospitalized Three Times in the Last Month. I Davis Steverson have also been Very Ill with Multiple Infection + Organ Damage Due

to The Air Conditioner that leaked theese Toxic Chemichals in Our Home. However we have talked with Multiple Attorneys and we recently have had some Attorneys that we thought were going to Take This Case. We are going to do everything in our power to obtain an Attorney and will in Thirty Days be able To show Cause why this Case should Not be Dismissed In Thirty Days we will be Able To File A Response To The Motion To Dismiss. The Last Attorney was very Interested in This Case and was very Careing and Copassionate but he did not have the Thirty Hours Time To Answer The show Cause (He Did keep the Information on The Case for quite some time as he was very Busy & decided he did not have enough time to do a professional job prephairing this order.

We Sincerley Thank The Court
~~so~~System and have only the
upmost Respect For All of
you that have been so Kind
to my Mother + me and
we will not let you down.

Sincerley Davis + Verna<br>Stevenson

Davis Stevenson
(Signature)

(Print Name)
Davis Steverson
111 Louise drive
Dickson Tn. 37055
(Address & Telephone Number, if any)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading) _____
has been served on:

(Name) (Wallmart) Elle G Kern + George Andrew Rowlett
(Address) 3110 West End Ave Suite 550
(Address) Nashville Tn. 37203

(Name) (MI) Elle G Kern + George Andrew Rowlett
(Address) Same as Above
(Address)

(Name) (Cincinatti Insurance Co.) E Jason Ferrell
(Address) 545 Mainstream Drive Suite 101
(Address) Nashville Tn 37228

(Name) (GE Appliances) J. Randolf Bibb
(Address) 425 Church St Suite 2500
(Address) PO box 198615 Nashville Tn. 198615

(Name) (GE Appliances) Whitney H Kimerling
(Address) 425 Church St Nashville Tn. 37219
(Address) Suite 2500 PO box 198615

(Name) (Ozark Electronics) Daniel P. Berexa
(Address) 511 Union St Suite 1500 PO box 190695
(Address) Nashville Tn. 37219-0695

(Name) (Ozark Electronics) Mary E Stoner
(Address) 511 Union St Suite 1500 PO box 190695
(Address) Nashville Tn. 37219-0695

(Name) Gree Manufacturing Co. J Randolf Bibb
(Address) see above address
(Address)

(Name) Whitney H Kimerling
(Address) see above address
(Address)

on the 27 day of May, 20 19.

_Davis S Stevenson_
Signature