UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VERNA STEVERSON and DAVIS STEVERSON,<br><br>    Plaintiffs,<br><br>v.<br><br>WALMART, et al.,<br><br>    Defendants. | Case No. 3:19-cv-00140<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

Plaintiffs Verna Steverson and Davis Steverson ask the Court for an additional thirty days to secure counsel and respond to the pending motions to dismiss their action. (Doc. No. 36.) Plaintiffs were previously granted an extension of time until May 27, 2019, to respond to the pending motions. (Doc. No. 35.) In light of Plaintiffs' pro se status and asserted health-related concerns, the Court GRANTS the motion for an extension of time. Plaintiffs shall respond to the motions to dismiss by no later than July 1, 2019. The Court will not grant any further extension absent a showing of compelling cause.

Plaintiffs are again warned that failure to respond in opposition to the motions to dismiss may result in a recommendation that the motions be granted as unopposed or that this case be dismissed for Plaintiffs' failure to prosecute their claims.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge